IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                    Plaintiff,                                    VERDICT

          v.                                                      15-cr-78-wmc

MONTA GROCE,

                    Defendant.

## COUNT 1

We, the Jury in the above-entitled cause, find the defendant, Monta Groce,

_____Guilty_____
("Guilty" or "Not Guilty")

of the offense charged in Count 1 of the indictment.

## COUNT 2

We, the Jury in the above-entitled cause, find the defendant, Monta Groce,

_____Guilty_____
("Guilty" or "Not Guilty")

of the offense charged in Count 2 of the indictment.

## COUNT 3

We, the Jury in the above-entitled cause, find the defendant, Monta Groce,

<u>Guilty</u>
("Guilty" or "Not Guilty")

of the offense charged in Count 3 of the indictment.

## COUNT 4

We, the Jury in the above-entitled cause, find the defendant, Monta Groce,

<u>Guilty</u>
("Guilty" or "Not Guilty")

of the offense charged in Count 4 of the indictment.

## COUNT 5

We, the Jury in the above-entitled cause, find the defendant, Monta Groce,

<u>Guilty</u>
("Guilty" or "Not Guilty")

of the offense charged in Count 5 of the indictment.

## COUNT 6

We, the Jury in the above-entitled cause, find the defendant, Monta Groce,

_____Guilty_____
("Guilty" or "Not Guilty")

of the offense charged in Count 6 of the indictment.


## COUNT 7

We, the Jury in the above-entitled cause, find the defendant, Monta Groce,

_____Guilty_____
("Guilty" or "Not Guilty")

of the offense charged in Count 7 of the indictment.


## COUNT 8

We, the Jury in the above-entitled cause, find the defendant, Monta Groce,

_____Not Guilty_____
("Guilty" or "Not Guilty")

of the offense charged in Count 8 of the indictment.

3

## COUNT 9

We, the Jury in the above-entitled cause, find the defendant, Monta Groce,

<u>Guilty</u>

("Guilty" or "Not Guilty")

of the offense charged in Count 9 of the indictment.



Presiding Juror

Madison, Wisconsin

Date: 7/15/2016

4