# TRIAL EXHIBIT FORM

EXHIBIT(S) OF

Government
_____
(Indicate plaintiff or defendant)

United States of America
_____

V.          Case No. 15-cr-78-wmc
_____

_____

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| 1/10/2018 | 1 | | Inmate Profile | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |