```
ATWLL   535.03 *              INMATE PROFILE             *    01-09-2019
 PAGE 001 OF 001                                                12:55:19
             09031-090           REG
 REGNO: 09031-090                 FUNCTION: PRT  DOB/AGE.: ███-1986 / 32
 NAME..: GROCE, MONTA                              R/S/ETH.: B/M/O    WALSH: YES
 RSP..: P18-PROLONGED I-T FOR 2018                 MILEAGE.:
 PHONE: N/A                FAX: N/A
 ARS ASSIGNMENT..: ADMITTED TO IN-TRANSIT, DEC     FBI NO..: 777770FC7
 ARS DATE/TIME...: 12-12-2018/0530                 INS NO..: N/A
  PROJ REL METHOD: GOOD CONDUCT TIME RELEASE       SSN.....: 387967894
  PROJ REL DATE..: 11-11-2036     PSYCH: NO      DETAINER: NO      CMC..: YES
            - - - - - - - -  RELEASE DESTINATION  - - - - - - - - -
            AGENCY...............:
            DST ASSIGNMENT.......: USM-WISCONSIN, WESTERN DIST
            ADDRESS..............:

OFFN/CHG RMKS: 15-CR-78-WMC-01,SEX TRAFFICKING,TRANSPORT PROSTITUTION,DISTB
OFFN/CHG RMKS: NARCOTICS,USED F/A DUR DRG TRAFC,RETALIATION,25YR/20YR SRT.
    FACL CATEGORY    - - - - CURRENT ASSIGNMENT - - - - - -   EFF DATE   TIME
    ATW  ADM-REL    FED WRIT    RELEASE ON FEDERAL WRIT       07-24-2018 0925
    P18  ADM-REL    A-ADMIT 12  ADMITTED TO IN-TRANSIT, DEC   12-12-2018 0530
    P18  CARE LEVEL CARE1       HEALTHY OR SIMPLE CHRONIC CARE 12-28-2016 1329
    P18  CARE LEVEL CARE1-MH    CARE1-MENTAL HEALTH           12-08-2016 0928
    P18  CASE MGT   BIR CERT N  BIRTH CERTIFICATE - NO        10-24-2017 1432
    P18  CASE MGT   CFSI        CERT FOOD SINCERITY INELIGIBLE 04-06-2017 1328
    P18  CASE MGT   DEPEND Y    DEPENDENTS UNDER 21 - YES     10-24-2017 1432
    P18  CASE MGT   PHOTO ID N  PHOTO ID - NO                 10-24-2017 1432
    P18  CASE MGT   RPP PART    RELEASE PREP PGM PARTICIPATES 12-14-2017 1230
    P18  CASE MGT   SO NOTIF Y  SEX OFFENDER NOTIFIED - YES   10-24-2017 1432
    P18  CASE MGT   SSN CARD N  SOCIAL SECURITY CARD - NO     10-24-2017 1432
    P18  CASE MGT   VET P/S N   PARENT/SPOUSE VETERAN - NO    10-24-2017 1432
    P18  CASE MGT   VETERAN N   VETERAN - NO                  10-24-2017 1432
    P18  CASE MGT   VWP AUTO    VICTIM/WITNESS PGM AUTO UPDATE 11-04-2016 0645
    P18  CASE MGT   V94 CVA913  V94 CURR VIOL ON/AFTER 91394  12-12-2016 1055
    P18  CASE MGT   V94 PV5     V94 PAST VIOL-NO NOTIF HSED5TH 08-14-2017 1224
    P18  CASE MGT   WA W CONV   WALSH ACT HIST WITH CONVICTION 11-03-2016 1433
    P18  CORR SVCS  REQD MONTR  REQUIRED MONITORING           10-02-2017 2052
    P18  CUSTODY    IN          IN CUSTODY                    11-03-2016 1433
    P18  DRUG PGMS  DAP NO INT  DRUG ABUSE PROGRAM NO INTEREST 12-09-2016 0845
    P18  DRUG PGMS  ED PART R   DRUG EDUCATION PARTICIPNT-REQD 06-18-2018 1421
    P18  DESIG/SENT SIERRA      TEAM SIERRA                   11-03-2016 1433
    P18  DESTNATION USM-WIW     USM-WISCONSIN, WESTERN DIST   07-18-2018 1035
    P18  EDUC INFO  ESL HAS     ENGLISH PROFICIENT            12-11-2016 1126
    P18  EDUC INFO  GED EN      ENROLL GED NON-PROMOTABLE     12-11-2016 1126
    P18  FIN RESP   PART        FINANC RESP-PARTICIPATES      08-22-2017 1416
    P18  LEVEL      HIGH        SECURITY CLASSIFICATION HIGH  11-03-2016 1443
    P18  MED DY ST  NO PAPER    NO PAPER MEDICAL RECORD       11-18-2016 1511
    P18  MED DY ST  REG DUTY    NO MEDICAL RESTR--REGULAR DUTY 12-28-2016 1339
    P18  MED DY ST  YES F/S     CLEARED FOR FOOD SERVICE      12-28-2016 1339
    P18  PSYCH TRMT CHG DECL    CHALLENGE DECLINE             10-30-2017 1220
    P18  PSYCH TRMT RHU COMP    RHU PROGRAM COMPLETE          07-18-2018 1438
    P18  RELIGION   PAGAN       PAGAN                         06-02-2017 1641

 G0017        WARNING : NOTIFICATIONS ARE REQUIRED PER P.S. 1490.06
 G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

*Gov't. Ex. 1*
*Sentencing*